## Commonwealth, Appellant, v. Cosick.

*Constitutional law—Ownership of weapons—Unnaturalized foreign-born resident—Act of May 8, 1909, P. L. 466.*

The Act of May 8, 1909, P. L. 466, forbidding unnaturalized foreign-born residents from owning certain weapons is constitutional.

Argued March 1, 1910. Appeal, No. 140, April T., 1910, by plaintiff, from judgment of Q. S. Indiana Co., June Sessions, 1909, No. 14, allowing motion in arrest of

judgment in case of Commonwealth v. George Cosick. Before RICE, P. J., HENDERSON, ORLADY, HEAD, BEAVER and PORTER, JJ.   Reversed.

Appeal from a summary conviction of an unnaturalized citizen of Austria-Hungary, for having in his possession a shotgun.

The facts are similar to those in Commonwealth v. Papsone, post, p. 128.

*Error assigned* was the judgment of the court in arresting judgment.

*W. H. Lemon,* with him *W. F. Elkin* and *W. K. Shiras,* for appellant.

*E. Walker Smith* and *W. N. Liggett,* for appellee.

OPINION BY ORLADY, J., October 10, 1910:

This case was heard at the same time as that of Com. v. Joseph Papsone, in which an opinion is filed herewith, post, p. 128.

The question involved is the same in each, and is considered at length in the Papsone case.   For the reasons therein given the judgment in this case is reversed, and it is ordered that the defendant appear in the court below at such time as he may be there called, that unless further and additional cause be then shown that the judgment of the magistrate be then affirmed and that a sentence be imposed on the defendant according to law.